# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYAN ANGLE, II, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:16-cv-276 |
| v. | ) |
| CAPTAIN CARTER, et al., | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

This prisoner civil rights action was received by the Clerk of Court on November 16, 2016 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Rules of Court 72.C and 72.D. The magistrate judge's report and recommendation (Docket No. [34]), filed on December 15, 2017, recommended that the Defendants' motion to dismiss (Docket No. [29]) be granted as to the claims asserted against Defendants Carter and Perry and denied in all other respects. Service was made on all parties, and objections were due by January 2, 2018. No objections were filed. After *de novo* review of the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 8th day of January, 2018,

**IT IS HEREBY ORDERED** that the Defendants' motion to dismiss (Docket No. [29]) is GRANTED as to the claims asserted against Defendants Captain Carter and U.M. Perry and DENIED in all other respects.

**IT IS FURTHER ORDERED** that the Clerk of Court shall terminate Defendants Carter and Perry as parties to this case.

**IT IS FURTHER ORDERED** that the December 15, 2017 Report and Recommendation of Magistrate Judge Baxter (Docket No. [34]) is adopted as the opinion of this Court.

/s/ *Nora Barry Fischer*
Nora Barry Fischer
United States District Judge

cc/ecf:     Susan Paradise Baxter
U.S. Magistrate Judge

Bryan Angle, II
HY2333
SCI Forest
P.O. Box 945
Marienville, PA 16239

Counsel of record