**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BRIAN ANGLE, II,** | ) | |
| | ) | **Civil Action No. 16-276 Erie** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CAPT. CARTER, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MEMORANDUM ORDER**

This prisoner civil rights action was received by the Clerk of Court on November 16, 2016 and was referred to the undersigned, then a United States Magistrate Judge, for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and the Local Rules for Magistrate Judges. On September 14, 2018, the undersigned was sworn in as a United States District Judge. Three days later, this action was transferred to the undersigned as the presiding district court judge. On September 27, 2018, the case was referred to United States Magistrate Judge Richard A. Lanzillo for all further pretrial proceedings.

On November 13, 2018, Plaintiff filed a *pro se* motion entitled "Motion for Injunctive Relief/T.R.O." ECF No. [53]. On November 15, 2018, Judge Lanzillo issued a Magistrate Judge's Report and Recommendation ("R&R"), ECF No. [56], recommending that Plaintiff's motion be denied inasmuch as the motion did not relate to any of the claims raised in this action. Objections to the R&R were due on December 3, 2018. To date, no objections have been filed.

After *de novo* review of the Complaint and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 2nd day of January, 2019;

IT IS HEREBY ORDERED that Plaintiff's Motion for Preliminary Injunction/T.R.O., ECF No. [53], is DENIED. The report and recommendation of Magistrate Judge Lanzillo, issued on November 15, 2018, ECF No. [56], is adopted as the opinion of this Court.


/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge


cc:     Bryan Angle, II
       HY2333
       SCI Forest
       P.O. Box 945
       Marienville, PA 16239

       The Honorable Richard A. Lanzillo
       United States Magistrate Judge