IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYAN ANGLE, II, | ) |
| Plaintiff, | ) Case No. 1: 16-cv-00276 (Erie) |
| v. | ) SUSAN PARADISE BAXTDER<br>) UNITED STATES DISTRICT JUDGE |
| | ) RICHARD A. LANZILLO<br>) UNITED STATES MAGISTRATE JUDGE |
| CAPT. CARTER, LT. DAVIS, LT. STEED, C.O. JOHN DOE, U.M. PERRY, | ) O R D E R<br>) [In re: ECF No. 65] |
| Defendants. | ) |

Plaintiff Bryan Angle II, has filed a document entitled "Objections to R&R for TRO/Injunction." ECF No. 65. These purported objections concern a motion for a temporary restraining order that Angle claims was filed with this Court on January 10, 2019. The docket does not reflect the filing of any motion by Angle on that date.

Angle filed a Motion for Injunctive Relief on November 13, 2018. ECF No. 53. The undersigned submitted a Report and Recommendation to the Court suggesting denial of that motion on November 15, 2018. ECF No. 56. The Honorable Susan Paradise Baxter, United States District Judge, adopted the Report and Recommendation on January 2, 2019, and denied the Motion for Injunctive Relief. ECF No. 57. Further, the undersigned filed a Report and Recommendation on February 1, 2019 recommending that the Defendants' Motion for Summary Judgment be granted in part and denied in part. ECF No. 58. Judge Baxter adopted that Report and Recommendation and entered an order on February 28, 2019.

Then, on March 4, 2019, Angle filed a document entitled "Motion for Preliminary Injunction/Emergency Temporary Restraining Order." ECF No. 61. In actuality, this was a

1

request for a status update on a motion for injunctive relief that Angle claims to have filed on January 10, 2019. As the Court noted above, no motion was received on that day or any other in the month of January, 2019. This Court, construing Angle's motion as one requesting information on his previous motion for injunctive relief, denied the motion as moot since that motion had already been ruled on. ECF No. 63.

Turning now to Angle's most recent filing, that motion is likewise DENIED because it references a motion not filed on this docket. Should Angle desire to file another motion for injunctive relief he may do so. The Court expresses no opinion on the merits of any such motion, however.

A printed copy of the docket will be forwarded to the Plaintiff as a courtesy along with a copy of this order.

Entered this 22nd day of March, 2019.


s/s Richard A. Lanzillo  
RICHARD A. LANZILLO  
UNITED STATES MAGISTRATE JUDGE